UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA



UNITED STATES OF AMERICA, )
)
      Plaintiff, )
) Case No. 3:02-cr-00075-03-JWS
v. )
)
Young Min Han, )
)
      Defendant. )
)

**JUDGMENT OF DISCHARGE**
Fed.R.Crim.P. 32(d)(1)

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

    **X**  The court has granted the motion of the government for dismissal without prejudice;
    __  The court has granted the motion of the defendant for a Judgment of Acquittal;
    __  A jury has been waived, and the court has found the defendant NOT GUILTY;
    __  The jury has returned its verdict, finding the defendant NOT GUILTY;

of the offenses of Conspiracy 18 U.S.C. § 371, Obstruction of an Agency Proceeding 18. U.S.C. § 1505 and Material False Statement 18 U.S.C. § 1001 as charged in counts 1, 3 and 4 of the Indictment.

    **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

    **DATED** at Anchorage, Alaska, this 6th day of August, 2008.

**REDACTED SIGNATURE**

John W. Sedwick
United States District Judge

[302cr75JWS Discharge.wpd]{DISCHARG.WPD*Rev.2/97}